NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KERRICK L. HARRIS,                     )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-4449
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Kerrick L. Harris, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and SALARIO, JJ., Concur.